No. 1037. CANNATA *v.* NEW YORK. March 3, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 1042. BUTLER *v.* RAGEN, WARDEN. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 182. MACKEY *v.* NEW YORK. March 3, 1947. Petition for writ of certiorari to the County Court of Onondaga County, New York, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE RUTLEDGE are of the opinion that the petition should be granted. Petitioner *pro se.* *William H. Bowers* for respondent.

No. 1033. BARRON *v.* RAGEN, WARDEN. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

Nos. 1027 and 1028. BOEING AIRCRAFT Co. *v.* KING COUNTY ET AL. See *ante,* p. 803.

No. 827. SOUTHERN PACIFIC Co. *v.* UNITED STATES. March 10, 1947. Petition for writ of certiorari to the Court of Claims denied. *C. O. Amonette* and *Lawrence Cake* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, John Ford Baecher* and *Samuel D. Slade* for the United States.